**Opinion issued March 7, 2017.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00615-CV

————————————

**JEFF FISHER, INDIVIDUALLY AND DERIVATIVELY THROUGH BLAVESCO LIMITED, INDEPENDENCE CONSTRUCTION & FINANCE CO., 1776 AMERICAN PROPERTIES IV, L.L.C., 1776 AMERICAN PROPERTIES V, L.L.C., 1776 AMERICAN PROPERTIES VI, L.L.C., 1776 AMERICAN PROPERTIES VII LLC, 1776 AMERICAN PROPERTIES IX, LLC, 1776 AMERICAN PROPERTIES X, LLC, 1776 AMERICAN PROPERTIES XI, LLC, 1776 AMERICAN PROPERTIES XII, LLC, 1776 AMERICAN PROPERTIES XIII, LLC, STAUNTON STREET PARTNERS, L.L.C, APRF SP1-1, L.L.C., HAZELWOOD MANAGEMENT SERVICES, L.L.C., ARICA LANE, L.L.C., AUSTIN ROAD PARTNERS, L.L.C., HAZELWOOD BROWNSTONE, L.L.C., HIGH RIDGE MANAGEMENT SERVICES, L.L.C., HIGH RIDGE BELTWAY 8 MANAGEMENT SERVICES, L.L.C., REIMS HOLDING, L.L.C., RYBAR HOLDINGS, L.L.C., WORLDWIDE PROPERTY GROUP, INC., Appellants**

**V.**

**HEATHER CARLILE, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF BLAVESCO LIMITED, Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-39514**

---

**MEMORANDUM ORDER**

Appellants Jeff Fisher, Individually and Derivatively through Blavesco Limited, Independence Construction & Finance Co., 1776 American Properties IV, L.L.C., 1776 American Properties V, L.L.C., 1776 American Properties VI, L.L.C., 1776 American Properties VII LLC, 1776 American Properties IX, LLC, 1776 American Properties X, LLC, 1776 American Properties XI, LLC, 1776 American Properties XII, LLC, 1776 American Properties XIII, LLC, Staunton Street Partners, L.L.C, APRF SP1-1, L.L.C., Hazelwood Management Services, L.L.C., Arica Lane, L.L.C., Austin Road Partners, L.L.C., Hazelwood Brownstone, L.L.C., High Ridge Management Services, L.L.C., High Ridge Beltway 8 Management Services, L.L.C., Reims Holding, L.L.C., Rybar Holdings, L.L.C., Worldwide Property Group, Inc. have filed an unopposed motion for partial dismissal of their appeal from the trial court's July 19, 2016 and November 16, 2016 orders. No opinion has issued and no party has filed a response to the motion. *See* TEX. R. APP. P. 10.1(b), 10.3.

Accordingly, appellants' motion for partial dismissal is **granted** and all appeals of the July 19, 2016 and November 16, 2016 orders granting temporary injunctions are dismissed. *See* TEX. R. APP. P. 42.1(a)(1). The appeal by Jeff Fisher of the September 16, 2106 order denying the application to compel arbitration remains pending.

This interlocutory order will become final when a final judgment is issued in this cause number.

It is so ORDERED.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.